M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2010 AUG 30 A 11: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

Jimmy Earl Hall
_____
Full name and prison name of
Plaintiff(s)

v.

Douglas A. Wiska
Andy Hughes
Will Darity
_____
_____
_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:10 CV 733-TMH
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston Co Jail Dothan Ala. 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston Co. Jail Dothan Ala. 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Douglas A. Valeska | P.O. Drawer 6406 Dothan AL. |
| 2. | Barrity, Will | PO Drawer 6406 Dothan AL. |
| 3. | Andy Hughes | PO Drawer 6406 Dothan AL. |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 3, 2010 Date I was placed in jail.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was placed in jail 3/3/10 by Will Barrity on Doug Valeska orders with No warrant are arrest order. I was kidnapped.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I Jimmy Hall reported to Will Parrity 3/3/10. I ask my probation officer if things were doing good he said yes. I ask Parrity to check with the D.A. and Parrity told me I was under arrest for missing court. I never missed court.

GROUND TWO: I was placed on pretrial diversion march 24, 10, but never released from jail I was kiddnapped with no bond.

SUPPORTING FACTS: I never missed a court date and there was no warrants of arrest for me. Will Parrity told me that he was not arresting me but I had missed a court date. I missed no court date!

GROUND THREE: A motion was made to take me off Pretrial Diversion on grounds I did not comply with the rules.

SUPPORTING FACTS: I could not comply with pretrial rules because I was still in jail

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I request this court to issue a warrant on Douglas Valeska, Will Derrity, + Andy Hughes for kidnapping me with a false charge no bond, all on record in Houston Co. Court House. I ask for $4,000,000.00 (4 million $) in damages.

*Jimmy Earl Hall*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/25/12 .
(Date)

*Jimmy Earl Hall*
Signature of plaintiff(s)

Jimmy Earl Hall 39815
901 E Main St,
Dothan Al. 36301

Office of the Clerk
United States District Court
P.O. Box 711
Montg. Ala 36101-0711